**FILED**
CLERK, U.S. DISTRICT COURT

06/23/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GSA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>MICHAEL ANGEL ALVAREZ,<br>    aka "Diablo,"<br><br>              Defendant. | CR 2:26-cr-00405-AH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 931(a): Violent Felon in Possession of Body Armor] |

The Grand Jury charges:

[18 U.S.C. § 931(a)]

On or about May 18, 2026, in Los Angeles County, within the Central District of California, defendant MICHAEL ANGEL ALVAREZ, also known as "Diablo," knowingly possessed body armor, namely, two IRON ARMADILLO, model Level IV/RF3, rifle plates, after such body armor had been sold and offered for sale in interstate and foreign commerce.

Defendant ALVAREZ possessed such body armor knowing that he had previously been convicted of a crime of violence and an offense under state law that would constitute a crime of violence if it occurred within the special maritime and territorial jurisdiction of the

United States, namely, First-Degree Murder, in violation of California Penal Code Section 187(a), in the Superior Court of the State of California, County of Los Angeles, case number BA206127, on or about December 5, 2002.

A TRUE BILL


/S/_____
Foreperson

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

JENNIFER L. WAIER
Chief Assistant United States
Attorney & Chief, Criminal
Division

KEVIN J. BUTLER
Assistant United States Attorney
Chief, Major Crimes Section

JENA A. MACCABE
Assistant United States Attorney
Deputy Chief, Major Crimes
Section

2