

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
06/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY:  GSA  DEPUTY

### CASE SUMMARY

Case Number   2:26-cr-00405-AH

U.S.A. v.   MICHAEL ANGEL ALVAREZ

☑ Indictment   ☐ Information

Defendant Number   1

Year of Birth   1985

Investigative agency (FBI, DEA, etc.)   FBI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense   May 18, 2026

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles   ☐ Ventura

☐ Orange   ☐ Santa Barbara

☐ Riverside   ☐ San Luis Obispo

☐ San Bernardino   ☐ Other _____

Citation of Offense   18 U.S.C. § 931(a)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No   ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:   May 27, 2026

Case Number:   2:26-mj-03156-DUTY

Assigned Judge:   DUTY

Charging:   18 U.S.C. § 931(a)

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide Name:   Gary Paul Burcham

Phone Number:   (619) 699-5930

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male        ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    Diablo _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud    ☐ tax offenses

☐ environmental issues    ☐ mail/wire fraud

☐ narcotics offenses    ☐ immigration offenses

☑ violent crimes/firearms    ☐ corporate fraud

☑ Other    possession of body armor _____

_____

### CUSTODY STATUS

<u>Defendant is **not in custody**</u>:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?    ☐ Yes    ☐ No

d. Is on bail or release from another district:

_____

<u>Defendant is **in custody**</u>:

a. Place of incarceration:    ☐ State    ☑ Federal

b. Name of Institution:    Los Angeles MDC _____

c. If Federal, U.S. Marshals Service Registration Number:
   67781-512 _____

d. ☑ Solely on this charge.  Date and time of arrest:
   June 1, 2026, at 8:30am _____

e. On another conviction:    ☐ Yes    ☑ No

   IF YES :    ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:    ☐ Yes    ☑ No

   IF YES :    ☐ State    ☐ Federal    AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.    _____ 20    _____ 21    _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date    06/19/2026 _____

Signature of Assistant U.S. Attorney

Jena A. MacCabe _____

Print Name