UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.   2:26-cr-00405-AH                                              Date: 7/7/2026

Present: The Honorable: A. Joel Richlin, United States Magistrate Judge

Interpreter N/A                                          Language  N/A

| Ashley Silva | CS 07/07/2026 | Yifan Everett |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✔ Present  In Custody | Attorneys for Defendants:  ✔ Present  CJA |
|---|---|
| Michael Angel Alvarez | Gary Paul Burcham |

| **Proceedings: Arraignment of Defendant and/or** | ✔ **Assignment of Case** **Initial Appearance** | **Appointment of Counsel** |
|---|---|---|

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Anne Hwang.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 8/18/2026 8:30 AM;
Status Conference: 7/29/2026 8:30 AM
* Judge Hwang is located in 9C, Los Angeles - Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | Initial Appearance/Appointment of Counsel: 00 : 00 |
|---|---|---|---|---|
| ✔ | USMLA | USMED | USMSA | Arraignment: 00 : 03 |
|  | Statistics Clerk | | Interpreter | Initials of Deputy Clerk: ASI by TRB |
| ✔ | CJA Supervising Attorney | | Fiscal | |