**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 26-0405-AH** | Date | JULY 10, 2026 |
|---|---|---|---|

| Present: The Honorable | ANNE HWANG  UNITED STATES DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | Jena Avery MacCabe (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **MICHAEL ANGEL ALVAREZ** | NOT | ✗ | | Gary Paul Burcham | NOT | ✗ | |

**Proceedings:**  **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Status Conference, currently scheduled for July 29, 2026, is hereby ordered continued to ***JULY 29, 2026 at 10:00 a.m.,*** only the time has changed.

The Jury Trial date of August 18, 2026 at 8:30 a.m. will remain as set.

IT IS SO ORDERED.

**CC: USPO/ PTS**

CR0-11

CRIMINAL MINUTES - GENERAL                    Initials of Deputy Clerk YS