GARY P. BURCHAM
BURCHAM & ZUGMAN
California State Bar No. 190780
402 West Broadway Suite 1130
San Diego, CA 92101
Telephone: (619) 699-5930
Email: garypburcham@gmail.com

Attorney for Michael Angel Alvarez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>MICHAEL ANGEL ALVAREZ,<br>Defendant. | ) | Case No. 26-cr-0405-AH<br><br>AMENDED EX PARTE APPLICATION FOR FOR AN ORDER TEMPORARILY RELEASING DEFENDANT FROM CUSTODY SO THAT HE CAN ATTEND THE FUNERAL SERVICES FOR HIS GRANDMOTHER; DECLARATION OF COUNSEL. |

Defendant, Michael Alvarez, by and through his counsel of record, Gary P. Burcham, and for the reasons set forth in the attached declaration of counsel, hereby presents this amended application for an order granting his temporary release from custody on August 31, 2026, in order to attend the funeral services for his grandmother.

Respectfully submitted,

Dated: August 27, 2026

/s/ Gary P. Burcham
GARY P. BURCHAM
Attorney for Michael Alvarez

GARY P. BURCHAM
BURCHAM & ZUGMAN
California State Bar No. 190780
402 West Broadway Suite 1130
San Diego, CA 92101
Telephone: (619) 699-5930
Email: garypburcham@gmail.com

Attorney for Michael Angel Alvarez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL ANGEL ALVAREZ,<br>Defendant. | Case No. 26-cr-0405-AH<br><br>DECLARATION OF COUNSEL IN SUPPORT OF AMENDED EX PARTE APPLICATION FOR TEMPORARY RELEASE OF DEFENDANT TO ATTEND FUNERAL SERVICES |

I, Gary P. Burcham, hereby state and declare as follows:

1. I am CJA counsel for defendant Michael Alvarez.

2. On August 19, 2026, Mr. Alvarez's sister called me and informed me that Mr. Alvarez's grandmother (Ms. Rogelia Chavez) passed away the prior night.

3. Mr. Alvarez and his sister were very close to their grandmother, as she was the person who raised them when they were young.

4. The funeral services for Ms. Chavez are set for August 31, 2026. The viewing is going to be from 11:00 a.m. to 1:30 p.m. at Funeraria Del Angel Anaheim, in Anaheim, CA. The Funeral service will be at 2:30 p.m. at Westminster Memorial Park & Mortuary, in Westminster, CA.

5. Mr. Alvarez very much wishes to attend the services for his grandmother.

6. Mr. Alvarez currently is in custody at the MDC-Los Angeles. He was granted a $10,000 bond by Magistrate Judge Pedro Castillo, but the government appealed that order and District Judge Percy Anderson subsequently ordered Mr. Alvarez detained for being a danger to the community. [ECF 20]. Mr. Alvarez has remained in custody since the date of his arrest.

7. Due to logistical issues with attending the 2:30 p.m. service at Westminster Memorial Park & Mortuary, Mr. Alvarez is no longer seeking permission to attend the 2:30 p.m funeral service.

8. I have spoken with Mr. Alvarez's cousin, Manuel Hernandez, about picking up Mr. Alvarez and taking him to the funeral service which runs from 11:00 to 1:30, and then returning him to U.S. Marshal's custody no later than 3:00 p.m. the same day. He is willing to do so.

9. On August 26 and 27, 2026, I spoke with U.S. Pretrial Services Officer Sam Hernandez about the logistics of such a temporary release. Officer Hernandez informed me that if Mr. Alvarez is released from the U.S. Marshal's facility at the 1st Street courthouse, an officer could be there to place a GPS ankle monitor on him prior to him being released to his cousin. Upon his return, the GPS monitor would be removed.

10. On August 27, 2026, I spoke with a deputy U.S. Marshal about the logistics of this proposed temporary release. He confirmed that such releases are done from the U.S. Marshal's facility at the 1st Street courthouse, and that Mr. Alvarez could be released and then returned to custody as ordered by this Court.

11. Given that Mr. Alvarez would wear a GPS ankle monitor for the duration of his

temporary release, I am requesting that he be released without the posting of an affidavit of surety by Manuel Hernandez.

12. For the above reasons, I request that this Court order Mr. Alvarez's temporary release on August 31, 2026, so that his cousin, Manuel Hernandez, can take him to and from his grandmother's funeral services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 27, 2026

/s/ Gary P. Burcham
GARY P. BURCHAM
Attorney for Michael Alvarez

## PROOF OF SERVICE

I, Gary P. Burcham, declare that I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California with a business address of 402 West Broadway, Suite 1130, San Diego, CA 92101; that I am a member of the bar of the State of California, and I served a copy of the attached:

Application for an Temporary Release of Defendant; Declaration of Counsel on the following individual **BY EMAIL**:

Jena MacCabe, Esq.
Assistant U.S. Attorney
312 North Spring Street, 13th Floor
Los Angeles, CA 90012
Email:Jena.MacCabe@usdoj.gov

This proof of service was executed in San Diego, CA on August 27, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Gary P. Burcham
GARY P. BURCHAM