UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANGEL ALVAREZ,<br><br>Defendant. | No. 26-cr-0405-AH<br><br>ORDER GRANTING DEFENDANT TEMPORARY RELEASE FROM CUSTODY ON AUGUST 31, 2026, SO THAT HE CAN ATTEND THE FUNERAL SERVICES FOR HIS GRANDMOTHER<br><br>NOTE CHANGES MADE BY COURT |

For good cause, IT IS HEREBY ORDERED that Defendant be temporarily released from custody on August 31, 2026, for the sole purpose of attending the funeral services for his grandmother. This release is subject to the following conditions:

(1) On August 31, 2026, the U.S. Marshal's Service shall temporarily release Mr. Alvarez at 9:00 a.m. from the U.S. Marshal's facility on the 3rd floor of the Felicitas and Gonzalo Mendez United States Courthouse, to an officer with the U.S. Pretrial Services Office. This officer shall place a GPS monitoring device on Mr.

Alvarez which he shall wear for the duration of his release. Mr. Alvarez shall abide by all conditions of release and all requirements of the location monitoring program.

(2) After the installation of the GPS device, U.S. Pretrial Services shall release Mr. Alvarez to his cousin, Manuel Hernandez, who will be responsible for taking Mr. Alvarez to the 11:00 a.m. funeral service at Funeraria Del Angel Anaheim (located at 2125 West Lincoln Avenue, Anaheim, CA 92801), and then returning him to the U.S. Marshal's facility on the 3rd floor of the Felicitas and Gonzalo Mendez United States Courthouse no later than 3:00 p.m. Mr. Alvarez is not permitted to be at any other location other than travel to the funeral service and return to the courthouse.

(3) Manuel Hernandez shall sign an affidavit of surety without justification in the amount of $10,000 by August 28, 2026. Mr. Alvarez shall remain in Mr. Hernandez's custody during the temporary release.

(4) Mr. Alvarez is not permitted to use alcohol, illegal drugs, or state-authorized marijuana.

(5) Mr. Alvarez is not permitted to have any contact with any gang members, including telephonically, orally, or by electronic or any other means.

(6) Mr. Alvarez is not permitted to possess any firearms or dangerous weapons.

**IT IS SO ORDERED.**

DATED: August 27, 2026

[signature]

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE