UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-3

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CR 26-0405-AH** | Date | SEPTEMBER 9, 2026 |

Present: The Honorable ANNE HWANG, UNITED STATES DISTRICT JUDGE

Interpreter N/A

| YOLANDA SKIPPER | COURT SMART | JENA A. MACCABE |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **MICHAEL ANGEL ALVAREZ** | ✗ | ✗ | | **Gary P. Burcham** | ✗ | ✗ | |

**Proceedings: HEARING RE: DEFENDANT'S MOTION TO DISMISS THE CASE [28]**

The case is called and counsel state their appearance. The Court and counsel confer. Status conference is held.

Following discussions with counsel, the Court advises counsel that the motion to [28] to dismiss this case is granted.

The Court is prepared to provide an oral ruling and rules that the motion [28] to dismiss this case is GRANTED without prejudice. Defendant, Michael Angel Alvarez is to be released. All hearing dates are hereby vacated. This will be the order of the Court.

IT IS SO ORDERED.

CC: USPO , PT, USM

___ : 30