UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-3**

**CRIMINAL MINUTES - GENERAL**

***AMENDED***

| Case No. | **CR 26-0405-AH** | Date | SEPTEMBER 9, 2026 |
|---|---|---|---|

Present: The Honorable ANNE HWANG, UNITED STATES DISTRICT JUDGE

Interpreter N/A

| YOLANDA SKIPPER | COURT SMART | JENA A. MACCABE |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **MICHAEL ANGEL ALVAREZ** | ✗ | ✗ | | **Gary P. Burcham** | ✗ | ✗ | |

**Proceedings: HEARING RE: DEFENDANT'S MOTION TO DISMISS THE CASE [28]**

The case is called and counsel state their appearance. The Court and counsel confer. Status conference is held.

Following discussions with counsel, the Court advises counsel that the motion to [28] to dismiss this case is granted.

The Court is prepared to provide an oral ruling and rules that the motion [28] to dismiss this case is GRANTED without prejudice. Defendant, Michael Angel Alvarez is to be released. All hearing dates are hereby vacated. This will be the order of the Court. ***Clerk issues Release Order #D9500.***

IT IS SO ORDERED.

CC: USPO , PT, USM

___ : 30

 **Initials of Deputy Clerk YS**